# IN THE SUPREME COURT OF THE STATE OF NEVADA

TIMOTHY W. CONNORS,
                Appellant,
                vs.
WARDEN, SOUTHERN DESERT
CORRECTIONAL CENTER, JERRY
HOWELL; SOUTHERN DESERT
CORRECTIONAL CENTER; AND
NEVADA DEPARTMENT OF
CORRECTIONS,
                Respondents.

No. 79840

**FILED**

NOV 15 2019

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is a pro se appeal from the district court order denying a postconviction petition for writ of habeas corpus and request for evidentiary hearing. Eighth Judicial District Court, Clark County; Valerie Adair, Judge.

Our review of this appeal reveals a jurisdictional defect. Specifically, the district court entered its order denying appellant's petition on August 1, 2019. The district court served notice of entry of that order on appellant on August 5, 2019. Appellant did not file the notice of appeal, however, until October 2, 2019, well after the expiration of the appeal period prescribed by NRS 34.575. "[A]n untimely notice of appeal fails to vest jurisdiction in this court." *Lozada v. State*, 110 Nev. 349, 352, 871 P.2d 944,

19-46914

946 (1994). Accordingly, we conclude that we lack jurisdiction to consider this appeal, and we

ORDER this appeal DISMISSED.[1]

_____ , J.
Pickering

_____ , J.    _____ , J.
Parraguirre                                Cadish

cc:    Hon. Valerie Adair, District Judge
       Timothy W. Connors
       Attorney General/Carson City
       Clark County District Attorney
       Eighth District Court Clerk

---

[1]Given this dismissal, this court takes no action in regard to the documents filed on November 4 and 5, 2019.